UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                                                                          Case No.  2:07-cr-07

PEDRO ZARATE GARCIA,
a/k/a JOSE DANIEL GARZA,                                          HON. R. ALLAN EDGAR
FLORIAN, a/k/a Evelyn Blanco,

      Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 13, 2007, for purposes of an initial appearance and arraignment on a felony indictment, alleging two counts of Fraud and Misuse of Visas, Permits and Other Documents, and one count of False Representation of a Social Security Account Number.  At that time, the government advised the court that an immigration detainer had been placed on the defendant, making him ineligible for release on bond.  Defendant indicated he would not oppose detention at this time.  Accordingly, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request

of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

      /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:   March 20, 2007